UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIMBERLY MURRAY, an individual, | Case No. 1:23-cv-173 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | |
| WILDPACK HOLDINGS US, INC. a Delaware corporation, and WILDPACK BEVERAGE, INC., a corporation incorporated under the laws of the Province of British Columbia, jointly and severally, | |
| Defendants. | |

BODMAN PLC
Christopher J. Zdarsky (P81809)
Attorneys for Plaintiff
99 Monroe Avenue NW, Suite 300
Grand Rapids, MI 49503
czdarsky@bodmanlaw.com
(616) 205-4270

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Kimberly Murray, by and through her attorneys, Bodman PLC, voluntarily dismisses this action against all defendants without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 9, 2023
By: /s/ *Christopher J. Zdarsky*
Christopher J. Zdarsky (P81809)
BODMAN PLC
99 Monroe Ave NW, Suite 300
Grand Rapids, Michigan 49503
czdarsky@bodmanlaw.com
(616) 205-4330
Counsel for Plaintiff

4866-1908-7190_1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

      Respectfully submitted,

Dated: March 9, 2023      By: /s/ *Christopher J. Zdarsky*
      Christopher J. Zdarsky (P81809)
      BODMAN PLC
      99 Monroe Ave NW, Suite 300
      Grand Rapids, Michigan 49503
      czdarsky@bodmanlaw.com
      (616) 205-4330
      Co-counsel for Plaintiff